**Order entered May 26, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00411-CV

**TONYA PARKS, Appellant**

**V.**

**AFFILIATED BANK, AFFILIATED BANK FSB, AFFILIATED BANK FSB, INC., BANCAFFILIATED, INC., JOSHUA CAMPBELL, AND KATHERINE CAMPBELL, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-01614-B**

### ORDER

Before the Court is appellant's May 25, 2022 second unopposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 27, 2022. As the brief was first due April 25, 2022, we caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE